# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENTEX ASIA LIMITED, | : | |
| Plaintiff/Counter-Defendant, | : | 1:17-cv-273 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| ATT SOUTHERN INC., | : | |
| Defendant/Counterclaimant. | : | |

## ORDER

**October 28, 2019**

It having been reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.  All scheduled proceedings are **CANCELLED**.

s/ John E. Jones III
John E. Jones III
United States District Judge